# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO.  4:98CR00092-001 SWW

CARDRICK DEON FLOWERS

### ORDER

It appears to the Court that the motion filed by defendant to stay the revocation proceedings in the above matters previously was granted by order entered on November 28, 2005. Such order granted the motion to stay proceedings in Case No. 4:98CR00211-001 SWW and in Case No. 4:98CR00092-001 SWW. The order only is docketed in 4:98CR00211-001 SWW.

The Clerk is directed to make the necessary docket entry showing said motion [#59] to be granted in Case No. 4:98CR00092-001 SWW.

IT IS SO ORDERED this 29th day of December, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE